AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Jonathan "Shorty" Vega

**WARRANT FOR ARREST**

CASE NUMBER: 04-1735-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Jonathan "Shorty" Vega_
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
possession of stolen firearms; and conspiracy to commit the same offense

in violation of Title _18_ United States Code, Section(s) _922 (j) and 371_

CHARLES B. SWARTWOOD III
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

5-12-04 Worcester, Massachusetts
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _Main St., Worcester, Ma._

DATE RECEIVED: 5/13/04
DATE OF ARREST: 5/13/04

NAME AND TITLE OF ARRESTING OFFICER: Mark S. Lewis DUSM

SIGNATURE OF ARRESTING OFFICER: [signature]

This form was electronically produced by Elite Federal Forms, Inc.