UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                    )<br>)<br>JONATHAN "SHORTY" VEGA, and )<br>TODD HICKEY                        )<br>)<br>Defendants          )<br>) | CRIMINAL NO. 4:04CR40015-NMG<br>VIOLATIONS:<br>18 U.S.C. § 371<br>(Conspiracy to possess<br>  stolen firearms)<br>18 U.S.C. § 922(j)-<br>(Possession of stolen<br>  firearms) |

INDICTMENT

COUNT ONE:   (18 U.S.C. § 371 - Conspiracy to Possess Stolen Firearms)

The Grand Jury charges that:

1. From on or about April 28, 2004 and continuing thereafter, at Worcester and Charlton, Massachusetts, in the District of Massachusetts, and elsewhere

**JONATHAN "SHORTY" VEGA, and
TODD HICKEY,**

defendants herein, did unlawfully, willfully, and knowingly conspire, combine, confederate, and agree together and with each other to knowingly receive, possess, conceal, store, and dispose of stolen firearms, to wit: a Mossberg pump action 12 gauge shotgun, bearing serial number J787186; and a Marlin .22 caliber rifle, bearing serial number 16385829, which has been shipped and transported in interstate and foreign commerce, either before or after they were stolen, knowing and having reasonable cause to believe the firearms were stolen, in violation of Title 18, United States Code, Section 922(j).

**GENERAL ALLEGATIONS**

At all relevant times:

2. JONATHAN "SHORTY" VEGA resided at 107 Granite Street, Apartment Second Floor, Left, in Worcester, Massachusetts.

3. TODD HICKEY resided at 107 Granite Street, Apartment Second Floor, Left, in Worcester, Massachusetts.

**MANNER AND MEANS BY WHICH THE CONSPIRACY WAS CARRIED OUT**

The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

4. JONATHAN "SHORTY" VEGA and TODD HICKEY agreed to steal firearms, which were located at HICKEY's cousin's residence, in Charlton, Massachusetts, a location where both JONATHAN "SHORTY" VEGA and TODD HICKEY previously visited.

5. JONATHAN "SHORTY" VEGA and TODD HICKEY traveled by automobile from Worcester to 44 Gould Road, in Charlton, Massachusetts ("the premises").

6. JONATHAN "SHORTY" VEGA and TODD HICKEY broke a cellar window and entered the premises.

7. JONATHAN "SHORTY" VEGA and TODD HICKEY found two firearms within the premises.

8. JONATHAN "SHORTY" VEGA and TODD HICKEY removed the weapons from the premises, placed them in an automobile, and returned to Worcester, where they disposed of the weapons.

**OVERT ACTS**

In furtherance of the conspiracy and to effect the objects thereof, the following overt acts were committed in the District of Massachusetts, and elsewhere:

9. On or about April 28, 2004, JONATHAN "SHORTY" VEGA and TODD HICKEY met in Worcester, Massachusetts.

10. On or about April 28, 2004, TODD HICKEY via automobile traveled with JONATHAN "SHORTY" VEGA from Worcester, Massachusetts to 44 Gould Road, in Charlton, Massachusetts.

11. On or about April 28, 2004, JONATHAN "SHORTY" VEGA and TODD HICKEY broke and entered 44 Gould Road, in Charlton, Massachusetts.

12. On or about April 28, 2004, JONATHAN "SHORTY" VEGA and TODD HICKEY found two firearms, to wit: a Mossberg pump action 12 gauge shotgun, bearing serial number J787186; and a Marlin .22 caliber rifle, bearing serial number 16385829, within 44 Gould Road, in Charlton, Massachusetts, carried them away, and placed them into an automobile.

13. On or about April 28, 2004, JONATHAN "SHORTY" VEGA and TODD HICKEY departed from Charlton, Massachusetts, and returned to Worcester, Massachusetts, where they disposed of the firearms.

All in violation of Title 18, United States Code, Section 371.

COUNT TWO:  (18 U.S.C. § 922(j)- Possession of Stolen Firearms)

The Grand Jury charges that:

On or about April 28, 2004, at Charlton and Worcester, in the District of Massachusetts,

**JONATHAN "SHORTY" VEGA, and
TODD HICKEY,**

the defendants herein, did knowingly receive, possess, conceal, store, and dispose of stolen firearms, to wit: a Mossberg pump action 12 gauge shotgun, bearing serial number J787186; and a Marlin .22 caliber rifle, bearing serial number 16385829, which has been shipped and transported in interstate and foreign commerce, either before or after they were stolen, knowing and having reasonable cause to believe the firearms were stolen.

All in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

**A TRUE BILL**

_____
Foreperson of the Grand Jury


_____   6/2/04
John M. Hodgens, Jr.
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS:          June 2, 2004

Returned into the District Court by the Grand Jurors and filed.

_____ 11:59 AM
Deputy Clerk

6

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Worcester    **Category No.** II    **Investigating Agency** ATF

**City** Charlton    **Related Case Information:**

**County** Worcester

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    04-1735-CBS
Search Warrant Case Number    04-1736-CBS
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Jonathan Vega         Juvenile  ☐ Yes  ☒ No

Alias Name  "Shorty"

Address  107 Granite Street, Apt 2nd Floor, Left, Worcester, MA

Birth date (Year only): 1983   SSN (last 4 #): 2315   Sex M   Race: W   Nationality: USA

Defense Counsel if known:  JAMES DILDAY, ESQ.    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  John M. Hodgens, Jr.    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**  5/13/04

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  Swartwood, U.S.M.J.  on  5/13/04

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  6/2/04    Signature of AUSA:  John M. Hodgens, Jr.

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: Worcester     Category No. II     Investigating Agency  ATF

City  Charlton                  Related Case Information:

County  Worcester               Superseding Ind./ Inf. _____   Case No. _____
                                Same Defendant _____   New Defendant _____
                                Magistrate Judge Case Number    04-1735-CBS
                                Search Warrant Case Number   04-1736-CBS
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Todd Hickey                        Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address   107 Granite Street, Apt 2nd Floor, Left, Worcester, MA

Birth date (Year only):  1971   SSN (last 4 #):  0780   Sex  M   Race:  W   Nationality:  USA

Defense Counsel if known:   Raymond O'Hara, Esq.      Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   John M. Hodgens, Jr.              Bar Number if applicable _____

Interpreter:   ☐ Yes  ☒ No      List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes  ☒ No

  ☐ Warrant Requested       ■ Regular Process       ☒ In Custody

**Location Status:**

Arrest Date:   5/13/04

☒ Already in Federal Custody as _____ in  Wyatt
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

✓ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  6/2/04              Signature of AUSA:  John M. Hodgens Jr.