### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

UNITED STATES OF AMERICA

        Plaintiff,          CIVIL ACTION

v.                       NO. 04-CR-40015-NMG

JONATHAN VEGA & TODD HICKEY

        Defendant,

_____

TAKE NOTICE That a proceeding in this case has been scheduled
for the place, date, and time set forth below:

| | |
|---|---|
| U.S. District Court | **COURTROOM #1, 5ᵗʰ FLOOR** |
| 595 Main Street | Date and Time: |
| Worcester, MA 01608 | **July 28 at 2:30 p.m.** |

_____

Type of Proceeding:


**ARRAIGNMENT**


_____


                             CHARLES B. SWARTWOOD, III
                             MAGISTRATE JUDGE


   July 16, 2004              _/s/Sherry Jones

_____

Date                        Sherry Jones
                           Deputy Clerk
                           (508) 929-9902


cc: All counsel