# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
            v.                 )    CRIMINAL ACTION
                               )    NO. 04-40015-FDS
JONATHAN VEGA and              )
TODD HICKEY,                   )
            Defendants,        )
_____)
```

## INITIAL STATUS REPORT
### September 10, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

1.  <u>Todd Hickey</u>

Mr. Hickey has requested that this case be returned to Judge Saylor for a Rule 11 hearing.  I have granted that request.

2.  <u>Jonathan Vega</u>

Mr. Vega's counsel has requested additional time to complete plea negotiations.  I have granted that request.

3.  <u>Further Status Conference</u>

A further status conference shall be held in this case on October 7, 2004, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

4.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from August 11, 2004 (date of expiration of prior order of excludable time) through October 7, 2004 (date by which plea negotiation should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, December 16, 2004</u>.


/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE