# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**United States**

v.                                            Criminal No. 04-040015-FDS

**Jonathan Vega**

### Motion For Review of Detention Order

Now comes the Defendant Jonathan Vega and respectfully requests that the Court review the Order of Detention entered on August 17, 2004 by Magistrate-Judge Cohen, and for reason states that there are conditions that will insure the safety of the community and reasonably assure defendant's appearance at all future proceedings.

Defendant proposes that the Court appoint Paula Baker of 44 Wellington Street Worcester, MA as the defendant's custodian. Ms. Baker is ready willing and able to act in this capacity and has stated that she will abide by any requirements the Court imposes upon her and that she will do her best to insure that the defendant complies with whatever conditions of release are ordered by the Court.

Jonathan Vega
By his attorney,

James S. Dilday
Grayer & Dilday
27 School Street
Boston, MA 02108
(617) 227-3470
BBO# 124360

## CERTIFICATE OF SERVICE

I, James S. Dilday,. certify that I served a copy of the within Motion for Review of Detention on Assistant United States Attorney John M. Hodgens, Jr. by mailing same to him postage prepaid to Donohue Federal Building Room 206 595 Main Street Worcester, MA 01608

September 21, 2004

/s/ James S. Dilday