UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-CR-40015

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| VS. | ) |
| | ) |
| JONATHAN VEGA | ) |

## OBJECTION TO PRE-SENTENCE REPORT

Defendant files this objection to the presentence report based on the additional two points given to defendant pursuant to Section 2K2.1(b)(4) of the Sentencing Guidelines. This provision adds two points because the firearms in question were stolen, yet the statute 18 USC Section 922(j) charges the defendant with possession of stolen firearms and to add two additional points for the firearms being stolen is duplicitous and unfairly punishes defendant twice for the same offense.

Jonathan Vega
By his attorney,

James S. Dilday
Grayer & Dilday
27 School Street, Suite 400
Boston, MA 02108
(617) 227-3470
BBO# 124360

## CERTIFICATE OF SERVICE

I, James S. Dilday, hereby certify that I served a copy of the within document by first class mail by John M. Hodgens, Asst. U.S. Attorney, Donohue Federal Bldg., 595 Main Street, Worcester, MA 01608 and Emily Piovoso, U.S. Probation Officer, Donohue Federal Bldg., 595 Main Street, Worcester, MA 01608

James S. Dilday