UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  No. 4:04-CR-40015

JONATHAN VEGA

MOTION TO CONTINUE SENTENCING

Now comes the Defendant, Jonathan Vega and respectfully requests that his sentencing scheduled for January 26, 2005 at 3:00PM be continued to February 11, 2005 and for reason states that since the United States v. Booker case came down, counsel has to do more research to prepare an adequate sentencing memorandum.

Respectfully submitted

James S. Dilday
Grayer & Dilday, LLP
27 School Street
Boston, MA 02108
(617) 227-3470
BBO# 124360

Assented to by:

David Hennessy,
Asst. United States Attorney

Certificate of Service

I, James S. Dilday, certify that a copy of the within motion was served on Asst. United States Attorney David Hennessy by mailing same postage prepaid to Donohue Federal Bldg. Suite 205 595 Main Street Worcester, MA 01608.

January 25, 2005

James S. Dilday