# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Jonathan Vega

**WARRANT FOR ARREST**

CASE #   CR 04-40015-FDS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Jonathan Vega_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation   X Probation Violation Petition

charging him or her   (brief description of offense)

Violations of Conditions of Supervised Release

RECEIVED
U.S. MARSHALS SERVICE
WORCESTER, MA
2007 APR 26  P 3: 38

in violation of ____18____ United States Code, Section(s) __3148(b)__

| Martin Castles | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Martin Castles | April 25, 2007 at Worcester, MA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

Worcester, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/26/07 | Kevin Wair | |
| DATE OF ARREST | | |
| 10/19/07 | | |