Judge Saylor;                                                    3/28/08

    Hi. How are you doing? Here I write you this short letter in regards to my case you had sentenced me on. It was a violation of supervised release. (10-29-07). You sentenced me to 12 months.

    My understanding from what you told me was "I was to be credited 186 days towards my violation," which would of left me doing 5½ months. My attorney (Richard M. Welsh), and I argued the fact of getting 12 months and 1 day so I could earn good time on my sentence. Your decision was not to give it to me, because you didn't have to credit me those 186 days I did in county. I respected your decision and thought it was fair enough. So I didn't have a problem signing the agreement. I did violate and deserved what was coming towards me.

    I just got my sentence computation and the 186 days were not credited to me. I was wondering why. Something seems wrong with my release date. The BOP did not credit me. It says my release date is 10-28-08. Which in all reality is 12 months 10 days. Not counting the 186 days which was given to me by you. The (AUSA) David Hennessey, and my probation officer Michael Foreman were in agreement with it. I don't know where this

→

went wrong. But I do know that you have the power to modify the conditions of my sentence. If we knew the 186 days would not be credited towards my sentence, It would not be much to ask for that 1 day so I could have gotten at least good time.

Truthfully I don't have the money to hire an attorney to put in a motion, to go back in front of you. By myself I wouldn't know how to legally approach this. Hopefully Mr. Welsh would answer my letter and find it in his heart to help me out. The best I can do for now, is this hand written letter. And pray to god that any kind of remodifications to my unfortunate situation would be greatly appreciated.

Thank you for at least reading my letter, I know your an important and busy man, Please even if I can get that 1 day or anything. At least answer my letter or have someone write. It would put me at ease.

Sincerely yours<br>
Jonathan Vega<br>
*Jonathan Vega*