

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (508) 368-0100*  *Federal Building & Courthouse*
*Facsimile:       (508) 756-7120*   *595 Main Street, Suite 206*
                                     *Worcester, Massachusetts 01608*

April 18, 2008

<u>BY FACSIMILE TO 972 352-4395 & U.S. MAIL</u>
Eileen Guillermo
Designation and Sentence Computation Center
Grand Prairie Office Complex
U.S. Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prairie, Texas 75051

        Re:    Jonathan Vega
                 <u>Inmate Number 80455-038</u>

Dear Ms. Guillermo:

    I enclose a copy of a letter to U.S. District Judge Saylor (which was provided to the government) from the above-referenced prisoner claiming that his sentence was improperly computed. The government does not know if there is any merit to his claim. We provide the letter to you for whatever action you deem appropriate. Thank you.

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                By:    <u>/s/David Hennessy</u>
                            David Hennessy
                            Assistant U.S. Attorney

cc:    Martin Castles (w/o encl.)
        Clerk to Hon. F. Dennis Saylor, IV

        Richard Welsh, Esq.(w/o encl.)